**STATE OF LOUISIANA**     *     NO. 2024-KA-0722

**VERSUS**     *     COURT OF APPEAL

**ALFRED C. SIMMONS**     *     FOURTH CIRCUIT

　　　　*     STATE OF LOUISIANA

　　　　*

　　　　*

**\* \* \* \* \* \* \***

*JCL*　**LOBRANO, J., CONCURS IN THE RESULT**